PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0063024 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 08/07/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | | | 802.54 | 0.00 | 802.54 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 802.54 | 12.64 | 49.14 | 11.49 | 24.33 | 0.48 |
| YTD | 12,840.64 | 351.24 | 786.24 | 183.84 | 389.28 | 7.68 |
| Contract | 20,063.50 | | | | | |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| | 626.24 | | | | | |
| Pay | | 8.03 | 60.19 | 0.00 | 0.00 | 10.00 |
| YTD | | 128.48 | 963.04 | 0.00 | 0.00 | 286.59 |

Direct Deposit Information

ESSA BANK & TRUST        Checking        626.24

Voluntary Deductions

| | IS | DUES |
|---|---|---|
| Pay | 10.00 | 0.00 |
| YTD | 160.00 | 126.59 |

Wage Detail

Case 5:10-bk-00331-RNO    Doc 8    Filed 01/18/10    Entered 01/18/10 11:53:38    Desc
Main Document      Page 1 of 12

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | Check Date | D0063618 |
|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | 08/21/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 802.50 | 0.00 | 802.50 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 802.50 | 12.63 | 49.14 | 11.49 | 24.33 | 0.48 |
| YTD | 13,643.14 | 363.87 | 835.38 | 195.33 | 413.61 | 8.16 |
| Contract | 20,866.00 | | | | | |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 626.21 | 8.03 | 60.19 | 0.00 | 0.00 | 10.00 |
| YTD | | 136.51 | 1023.23 | 0.00 | 0.00 | 296.59 |

Direct Deposit Information   ESSA BANK & TRUST   Checking   626.21

Voluntary Deductions

| IS | DUES |
|---|---|
| 10.00 | 0.00 |
| 170.00 | 126.59 |

Wage Detail

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0064207 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 09/04/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 802.54 | 0.00 | 802.54 |

| | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| | 12.64 | 49.14 | 11.49 | 24.33 | 0.48 |
| | 376.51 | 884.52 | 206.82 | 437.94 | 8.64 |

| | Gross Pay | | | | | | |
|---|---|---|---|---|---|---|---|
| Pay | 802.54 | | | | | | |
| YTD | 14,445.68 | | | | | | |
| Contract | 802.54 | | | | | | |

| | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| Pay | 8.03 | 60.19 | 0.00 | 0.00 | 35.64 |
| YTD | 144.54 | 1083.42 | 0.00 | 0.00 | 332.23 |

| Net Pay |
|---|
| 600.60 |

Direct Deposit Information

ESSA BANK & TRUST    Checking    600.60

Voluntary Deductions

| | IS | DUES |
|---|---|---|
| Pay | 10.00 | 25.64 |
| YTD | 180.00 | 152.23 |

Wage Detail

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0064839 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 09/18/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | | 802.54 | 0.00 | 802.54 |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay 802.54 | 12.64 | 49.14 | 11.49 | 24.33 | 0.48 |
| YTD 15,248.22 | 389.15 | 933.66 | 218.31 | 462.27 | 9.12 |
| Contract 1,605.08 | | | | | |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 626.24 | 8.03 | 60.19 | 0.00 | 0.00 | 10.00 |
| Pay YTD | 152.57 | 1143.61 | 0.00 | 0.00 | 342.23 |

Direct Deposit Information

ESSA BANK & TRUST    Checking    626.24

Voluntary Deductions

| IS | DUES |
|---|---|
| Pay 10.00 | 0.00 |
| YTD 190.00 | 152.23 |

Wage Detail

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | | Check Date | D0065484 |
|---|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | | 10/02/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | | | 802.54 | 0.00 | 802.54 |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay    802.54 | 12.64 | 49.14 | 11.49 | 24.33 | 0.48 |
| YTD 16,050.76 | 401.79 | 982.80 | 229.80 | 486.60 | 9.60 |
| Contract 2,407.62 | | | | | |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 600.60 | 8.03 | 60.19 | 0.00 | 0.00 | 35.64 |
| Pay | 160.60 | 1203.80 | 0.00 | 0.00 | 377.87 |
| YTD | | | | | |

Direct Deposit Information

ESSA BANK & TRUST       Checking       600.60

Voluntary Deductions

| IS | DUES |
|---|---|
| 10.00 | 25.64 |
| 200.00 | 177.87 |

Wage Detail

PLEASANT VALLEY SCHOOL DISTRICT ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0066141 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 10/16/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | | 802.54 | 0.00 | 802.54 |
| | Gross Pay | | Federal Tax | Soc Sec Tax | Medicare Tax | | State Tax | | Unemp Tax |
| Pay | 802.54 | | 12.64 | 49.14 | 11.49 | | 24.33 | | 0.48 |
| YTD | 16,853.30 | | 414.43 | 1031.94 | 241.29 | | 510.93 | | 10.08 |
| Contract | 3,210.16 | | | | | | | | |
| | Net Pay | | Local Tax | Retirement | Advanced EIC | | OPT/LST | | Deductions |
| Pay | 626.24 | | 8.03 | 60.19 | 0.00 | | 0.00 | | 10.00 |
| YTD | | | 168.63 | 1263.99 | 0.00 | | 0.00 | | 387.87 |

Direct Deposit Information   ESSA BANK & TRUST   Checking   626.24

Voluntary Deductions

| IS | DUES | |
|---|---|---|
| 10.00 | 0.00 | |
| 210.00 | 177.87 | |

Wage Detail

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0066806 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 10/30/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross | |
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 802.54 | 0.00 | 802.54 | |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 802.54 | 12.64 | 49.14 | 11.49 | 24.33 | 0.48 |
| YTD | 17,655.84 | 427.07 | 1081.08 | 252.78 | 535.26 | 10.56 |
| Contract | 4,012.70 | | | | | |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 626.24 | 8.03 | 60.19 | 0.00 | 0.00 | 10.00 |
| YTD | | 176.66 | 1324.18 | 0.00 | 0.00 | 397.87 |

Direct Deposit Information: ESSA BANK & TRUST    Checking    626.24

Voluntary Deductions

| IS | | DUES | |
|---|---|---|---|
| 10.00 | 0.00 | | |
| 220.00 | 177.87 | | |

Wage Detail

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0067474 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 11/13/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 802.54 | 0.00 | 802.54 |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay 802.54 | 12.64 | 49.14 | 11.49 | 24.33 | 0.48 |
| YTD 18,458.38 | 439.71 | 1130.22 | 264.27 | 559.59 | 11.04 |
| Contract 4,815.24 | | | | | |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 600.60 | 8.03 | 60.19 | 0.00 | 0.00 | 35.64 |
| Pay | 184.69 | 1384.37 | 0.00 | 0.00 | 433.51 |
| YTD | | | | | |

Direct Deposit Information

ESSA BANK & TRUST   Checking   600.60

Voluntary Deductions

|  | IS | DUES |
|---|---|---|
| Pay | 10.00 | 25.64 |
| YTD | 230.00 | 203.51 |

Wage Detail

Case 5:10-bk-00331-RNO    Doc 4    Filed 01/18/10    Entered 01/18/10 11:53:38    Desc
Main Document    Page 8 of 12

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0068137 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 11/25/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | | 802.54 | 0.00 | 802.54 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 802.54 | 12.64 | 49.14 | 11.49 | 24.33 | 0.48 |
| YTD | 19,260.92 | 452.35 | 1179.36 | 275.76 | 583.92 | 11.52 |
| Contract | 5,617.78 | | | | | |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| | 626.24 | 8.03 | 60.19 | 0.00 | 0.00 | 10.00 |
| Pay YTD | | 192.72 | 1444.56 | 0.00 | 0.00 | 443.51 |

Direct Deposit Information

ESSA BANK & TRUST       Checking        626.24

Voluntary Deductions

| IS | DUES |
|---|---|
| 10.00 | 0.00 |
| 240.00 | 203.51 |

Wage Detail

PLEASANT VALLEY SCHOOL DISTRICT ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0068806 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 12/11/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 802.54 | 0.00 | 802.54 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 802.54 | 12.64 | 49.14 | 11.49 | 24.33 | 0.48 |
| YTD | 20,063.46 | 464.99 | 1228.50 | 287.25 | 608.25 | 12.00 |
| Contract | 6,420.32 | | | | | |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 600.60 | 8.03 | 60.19 | 0.00 | 0.00 | 35.64 |
| YTD | | 200.75 | 1504.75 | 0.00 | 0.00 | 479.15 |

Direct Deposit Information: ESSA BANK & TRUST    Checking    600.60

Voluntary Deductions

| IS | DUES |
|---|---|
| 10.00 | 25.64 |
| 250.00 | 229.15 |

Wage Detail

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | D0069474 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MARYANN R | | | | | | | | 12/23/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
| 0.00 | 0.00 | 0.00 | 0.00 | Married | 0 | | 802.54 | 0.00 | 802.54 |
| | Gross Pay | | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | | | Unemp Tax |
| Pay | 802.54 | | 12.64 | 49.14 | 11.49 | 24.33 | | | 0.48 |
| YTD | 20,866.00 | | 477.63 | 1277.64 | 298.74 | 632.58 | | | 12.48 |
| Contract | 7,222.86 | | | | | | | | |
| | Net Pay | | Local Tax | Retirement | Advanced EIC | OPT/LST | | | Deductions |
| Pay | 626.24 | | 8.03 | 60.19 | 0.00 | 0.00 | | | 10.00 |
| YTD | | | 208.78 | 1564.94 | 0.00 | 0.00 | | | 489.15 |

Direct Deposit Information

ESSA BANK & TRUST      Checking      626.24

\*\*\*\* BEST WISHES FOR A HAPPY HOLIDAY SEASON AND A HEALTHY NEW \*\*\*\*
YEAR!

Voluntary Deductions

| | IS | | DUES | |
|---|---|---|---|---|
| Pay | 10.00 | | 0.00 | |
| YTD | 260.00 | | 229.15 | |

Wage Detail

# Employee Check History

For 04/01/2009 thru 07/31/2009

pyregemp

SSN 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 KOHBERGER, MARYANN R Building:PVI Class:PPA Tax Marital Status:M Exemptions: 0 Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0061199 | 626.24 | Pay | 802.54 | 802.54 | 0.00 | 732.35 | 792.54 | 792.54 | 802.54 | 792.54 | 802.54 | 802.54 |
| Check Date | 06/26/2009 | YTD | 5617.78 | 5617.78 | 0.00 | 5126.45 | 5547.78 | 5547.78 | 5617.78 | 5547.78 | 5617.78 | 5617.78 |

| Time | Days | Hours | OT Hours | Other |
|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 |

| Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|
| Pay | 12.64 | 49.14 | 11.49 | 60.19 | 24.33 | 0.48 | 8.03 | 0.00 |
| YTD | 88.48 | 343.98 | 80.43 | 421.33 | 170.31 | 3.36 | 56.21 | 0.00 |

| Fiscal/Teach | Voluntary | IS |
|---|---|---|
| 20866.00 | Pay | 10.00 |
| 17655.88 | YTD | 70.00 |

SSN 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 KOHBERGER, MARYANN R Building:PVI Class:PPA Tax Marital Status:M Exemptions: 0 Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0061826 | 626.24 | Pay | 802.54 | 802.54 | 0.00 | 732.35 | 792.54 | 792.54 | 802.54 | 792.54 | 802.54 | 802.54 |
| Check Date | 07/10/2009 | YTD | 6420.32 | 6420.32 | 0.00 | 5858.80 | 6340.32 | 6340.32 | 6420.32 | 6340.32 | 6420.32 | 6420.32 |

| Time | Days | Hours | OT Hours | Other |
|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 |

| Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|
| Pay | 12.64 | 49.14 | 11.49 | 60.19 | 24.33 | 0.48 | 8.03 | 0.00 |
| YTD | 101.12 | 393.12 | 91.92 | 481.52 | 194.64 | 3.84 | 64.24 | 0.00 |

| Fiscal/Teach | Voluntary | IS |
|---|---|---|
| 21668.54 | Pay | 10.00 |
| 18458.42 | YTD | 80.00 |

SSN 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 KOHBERGER, MARYANN R Building:PVI Class:PPA Tax Marital Status:M Exemptions: 0 Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0062426 | 626.24 | Pay | 802.54 | 802.54 | 0.00 | 732.35 | 792.54 | 792.54 | 802.54 | 792.54 | 802.54 | 802.54 |
| Check Date | 07/24/2009 | YTD | 7222.86 | 7222.86 | 0.00 | 6591.15 | 7132.86 | 7132.86 | 7222.86 | 7132.86 | 7222.86 | 7222.86 |

| Time | Days | Hours | OT Hours | Other |
|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 |

| Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|
| Pay | 12.64 | 49.14 | 11.49 | 60.19 | 24.33 | 0.48 | 8.03 | 0.00 |
| YTD | 113.76 | 442.26 | 103.41 | 541.71 | 218.97 | 4.32 | 72.27 | 0.00 |

| Fiscal/Teach | Voluntary | IS |
|---|---|---|
| 22471.08 | Pay | 10.00 |
| 19260.96 | YTD | 90.00 |