PLEASANT VALLEY SCHOOL DISTRICT ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | Check Date | 0041967 |
|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | 08/07/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
| 80.00 | 0.00 | 0.00 | 0.00 | Married | 9 | 0.00 | 1184.80 | 1184.80 |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay 1,184.80 | 0.00 | 73.46 | 17.18 | 36.37 | 0.71 |
| YTD 19,705.78 | 0.00 | 1221.78 | 285.73 | 604.96 | 11.81 |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 929.17 | 11.85 | 88.86 | 0.00 | 0.00 | 27.20 |
| | 197.07 | 1477.95 | 0.00 | 0.00 | 218.30 |

Voluntary Deductions

DUES
Pay   27.20
YTD  218.30

Wage Detail
Reg.   OT Fctr   Rate   Type
80.00   0.00    14.81  HOUR

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | 00442316 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | | 08/21/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
| 80.25 | 1.25 | 0.00 | 0.00 | Married | 9 | | 0.00 | 1216.27 | 1216.27 |
| | Gross Pay | | Federal Tax | Soc Sec Tax | Medicare Tax | | State Tax | Unemp Tax | |
| Pay | 1,216.27 | | 0.00 | 75.41 | 17.64 | | 37.34 | 0.73 | |
| YTD | 20,922.05 | | 0.00 | 1297.19 | 303.37 | | 642.30 | 12.54 | |
| | Net Pay | | Local Tax | Retirement | Advanced EIC | | OPT/LST | Deductions | |
| | 981.77 | | 12.16 | 91.22 | 0.00 | | 0.00 | 0.00 | |
| | | | 209.23 | 1569.17 | 0.00 | | 0.00 | 218.30 | |

Voluntary Deductions

| DUES | |
|---|---|
| Pay | 0.00 |
| YTD | 218.30 |

Wage Detail

| | Reg. | OT | Fctr | Rate | Type |
|---|---|---|---|---|---|
| | 80.25 | 1.25 | 1.50 | 14.81 | HOUR |

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | Check Date | 00442660 |
|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | 09/04/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
| 80.25 | 0.00 | 0.00 | 0.00 | Married | 9 | 0.00 | 1188.50 | 1188.50 |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| 1,188.50 | 0.00 | 73.69 | 17.23 | 36.49 | 0.71 |
| Pay YTD 22,110.55 | 0.00 | 1370.88 | 320.60 | 678.79 | 13.25 |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 931.56 | 11.89 | 89.14 | 0.00 | 0.00 | 27.79 |
| | 221.12 | 1658.31 | 0.00 | 0.00 | 246.09 |

**Voluntary Deductions**

| DUES |
|---|
| 27.79 |
| 246.09 |

**Wage Detail**

| Reg. | OT | Fctr | Rate Type |
|---|---|---|---|
| 80.25 | 0.00 | | 14.81 HOUR |

PLEASANT VALLEY SCHOOL DISTRICT ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | Check Date | 00443113 |
|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | 09/18/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 84.00 | 3.50 | 0.00 | 0.00 | Married | 9 | 0.00 | 1321.79 | 1321.79 |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay 1,321.79 | 0.00 | 81.95 | 19.17 | 40.58 | 0.79 |
| YTD 23,432.34 | 0.00 | 1452.83 | 339.77 | 719.37 | 14.04 |

| | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| | 13.22 | 99.13 | 0.00 | 0.00 | 0.00 |
| | 234.34 | 1757.44 | 0.00 | 0.00 | 246.09 |

| Net Pay |
|---|
| 1,066.95 |

Voluntary Deductions

DUES

Pay   0.00
YTD  246.09

Wage Detail

Reg.    OT    Fctr    Rate    Type
84.00   3.50  1.50    14.81   HOUR

PLEASANT VALLEY SCHOOL DISTRICT ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | Check Date | 00443541 |
|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | 10/02/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 81.00 | 0.00 | 0.00 | 0.00 | Married | 9 | 0.00 | 1199.61 | 1199.61 |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay 1,199.61 | 0.00 | 74.38 | 17.39 | 36.83 | 0.72 |
| YTD 24,631.95 | 0.00 | 1527.21 | 357.16 | 756.20 | 14.76 |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 940.53 | 12.00 | 89.97 | 0.00 | 0.00 | 27.79 |
| | 246.34 | 1847.41 | 0.00 | 0.00 | 273.88 |

Voluntary Deductions

DUES
Pay    27.79
YTD   273.88

Wage Detail

Reg.   OT Fctr   Rate Type
81.00   0.00     14.81 HOUR

PLEASANT VALLEY SCHOOL DISTRICT ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | 00444010 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | | 10/16/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 4.25 | 0.00 | 0.00 | Married | 9 | 0.00 | 1279.21 | 1279.21 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,279.21 | 0.00 | 79.31 | 18.55 | 39.27 | 0.77 |
| YTD | 25,911.16 | 0.00 | 1606.52 | 375.71 | 795.47 | 15.53 |

| | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| Pay | 12.79 | 95.94 | 0.00 | 0.00 | 0.00 |
| YTD | 259.13 | 1943.35 | 0.00 | 0.00 | 273.88 |

| Net Pay |
|---|
| 1,032.58 |

**Voluntary Deductions**

| | DUES |
|---|---|
| Pay | 0.00 |
| YTD | 273.88 |

**Wage Detail**

| | Reg. | OT | OT Fctr | Rate | Rate Type |
|---|---|---|---|---|---|
| | 80.00 | 4.25 | 1.50 | 14.81 | HOUR |

NON-NEGOTIABLE

PLEASANT VALLEY SCHOOL DISTRIC - DIST ADMINISTRATION - BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | Check Date | 0044469 |
|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | 10/30/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
| 80.25 | 4.25 | 0.00 | 0.00 | Married | 9 | 0.00 | 1282.91 | 1282.91 |
| | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| | 0.00 | 79.54 | 18.60 | 39.39 | 0.77 |
| | 0.00 | 1686.06 | 394.31 | 834.86 | 16.30 |

| Gross Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| Pay 1,282.91 | 12.83 | 96.22 | 0.00 | 0.00 | 0.00 |
| YTD 27,194.07 | 271.96 | 2039.57 | 0.00 | 0.00 | 273.88 |

| Net Pay |
|---|
| 1,035.56 |

Voluntary Deductions

| DUES |
|---|
| Pay 0.00 |
| YTD 273.88 |

Wage Detail

| | Reg. | OT | OT Fctr | Rate | Rate Type |
|---|---|---|---|---|---|
| | 80.25 | 4.25 | 1.50 | 14.81 | HOUR |

NON-NEGOTIABLE

PLEASANT VALLEY SCHOOL DISTRICT ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | 00444940 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | | 11/13/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross | |
| 81.00 | 0.00 | 0.00 | 0.00 | Married | 9 | 0.00 | 1199.61 | 1199.61 | |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay 1,199.61 | 0.00 | 74.38 | 17.39 | 36.83 | 0.72 |
| YTD 28,393.68 | 0.00 | 1760.44 | 411.70 | 871.69 | 17.02 |

| | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| Net Pay | 12.00 | 89.97 | 0.00 | 0.00 | 27.79 |
| 940.53 | 283.96 | 2129.54 | 0.00 | 0.00 | 301.67 |

**Voluntary Deductions**

DUES
Pay 27.79
YTD 301.67

**Wage Detail**

Reg.  OT Fctr  Rate Type
81.00  0.00    14.81 HOUR

NON-NEGOTIABLE

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | 00445478 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | | 11/25/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
| 81.58 | 0.25 | 0.00 | 0.00 | Married | 9 | | 0.00 | 1213.75 | 1213.75 |
| Gross Pay | | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,213.75 | 0.00 | 75.25 | 17.60 | 37.26 | 0.73 |
| YTD | 29,607.43 | 0.00 | 1835.69 | 429.30 | 908.95 | 17.75 |
| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 979.74 | 12.14 | 91.03 | 0.00 | 0.00 | 0.00 |
| Pay | 296.10 | 2220.57 | 0.00 | 0.00 | 301.67 |

Voluntary Deductions

DUES  0.00
      301.67

Wage Detail

Reg.  OT Fctr  Rate   Type
81.58  0.25  1.50  14.81 HOUR

NON-NEGOTIABLE

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | | Check Date | 0046449 |
|---|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | | 12/23/2009 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross | |
| 80.00 | 0.50 | 0.00 | 0.00 | Married | 9 | 0.00 | 1195.91 | 1195.91 | |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay  1,195.91 | 0.00 | 74.15 | 17.34 | 36.71 | 0.72 |
| YTD 32,060.34 | 0.00 | 1987.77 | 464.87 | 984.25 | 19.22 |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 965.34 | 11.96 | 89.69 | 0.00 | 0.00 | 0.00 |
| Pay | | | | | |
| YTD | 320.63 | 2404.54 | 0.00 | 0.00 | 329.46 |

**** BEST WISHES FOR A HAPPY HOLIDAY SEASON AND A HEALTHY NEW ****
YEAR!

Voluntary Deductions

DUES
Pay    0.00
YTD  329.46

Wage Detail

Reg.   OT    OT Fctr   Rate   Type
80.00  0.50  1.50      14.81  HOUR

PLEASANT VALLEY SCHOOL DISTRIC ~ DIST ADMINISTRATION ~ BRODHEADSVILLE, PA 18322

| Employee Name | | | | | | | Check Date | 00445980 |
|---|---|---|---|---|---|---|---|---|
| KOHBERGER, MICHAEL F JR | | | | | | | 12/11/2009 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| 80.00 | 3.25 | 0.00 | 0.00 | Married | 9 | | 0.00 | 1257.00 | 1257.00 |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|
| Pay 1,257.00 | 0.00 | 77.93 | 18.23 | 38.59 | 0.75 |
| YTD 30,864.43 | 0.00 | 1913.62 | 447.53 | 947.54 | 18.50 |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|
| 986.86 | 12.57 | 94.28 | 0.00 | 0.00 | 27.79 |
| | 308.67 | 2314.85 | 0.00 | 0.00 | 329.46 |

Voluntary Deductions

| DUES | |
|---|---|
| Pay | 27.79 |
| YTD | 329.46 |

Wage Detail

| Reg. | OT | Fctr | Rate Type |
|---|---|---|---|
| 80.00 | 3.25 | 1.50 | 14.81 HOUR |

NON-NEGOTIABLE

Case 5:10-bk-00331-RNO Doc 5 Filed 01/18/10 Entered 01/18/10 11:56:34 Desc
Main Document Page 12 of 12

# Employee Check History

For 04/01/2009 thru 07/31/2009

pyregemp

SSN 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 KOHBERGER, MICHAEL F JR Building:FO Class:MAIN Tax Marital Status:M Exemptions: 9 Benefit Amt: $0.0

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00440590 | 1079.54 | Pay | 1337.38 | 0.00 | 1337.38 | 1237.08 | 1337.38 | 1337.38 | 1337.38 | 1337.38 | 1337.38 | 1337.38 |
| Check Date | 06/26/2009 | YTD | 8569.03 | 0.00 | 8569.03 | 7926.35 | 8569.03 | 8569.03 | 8569.03 | 8569.03 | 8569.03 | 8569.03 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 80.00 | 6.75 | 0.00 | Pay | 0.00 | 82.92 | 19.39 | 100.30 | 41.06 | 0.80 | 13.37 | 0.00 |
| YTD | 0.00 | 560.42 | 12.00 | 0.00 | YTD | 0.00 | 531.29 | 124.24 | 642.68 | 263.07 | 5.13 | 85.69 | 0.00 |

| Fiscal/Teach |
|---|
| 32576.30 |
| 27770.19 |

SSN 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 KOHBERGER, MICHAEL F JR Building:FO Class:MAIN Tax Marital Status:M Exemptions: 9 Benefit Amt: $0.0

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00441210 | 936.23 | Pay | 1193.69 | 0.00 | 1193.69 | 1104.16 | 1193.69 | 1193.69 | 1193.69 | 1193.69 | 1193.69 | 1193.69 |
| Check Date | 07/10/2009 | YTD | 9762.72 | 0.00 | 9762.72 | 9030.51 | 9762.72 | 9762.72 | 9762.72 | 9762.72 | 9762.72 | 9762.72 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 80.00 | 0.40 | 0.00 | Pay | 0.00 | 74.01 | 17.31 | 89.53 | 36.65 | 0.72 | 11.94 | 0.00 |
| YTD | 0.00 | 640.42 | 12.40 | 0.00 | YTD | 0.00 | 605.30 | 141.55 | 732.21 | 299.72 | 5.85 | 97.63 | 0.00 |

| Fiscal/Teach | Voluntary | DUES |
|---|---|---|
| 33769.99 | Pay | 27.30 |
| 28963.88 | YTD | 109.20 |

SSN 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 KOHBERGER, MICHAEL F JR Building:FO Class:MAIN Tax Marital Status:M Exemptions: 9 Benefit Amt: $0.0

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00441597 | 956.37 | Pay | 1184.80 | 0.00 | 1184.80 | 1095.94 | 1184.80 | 1184.80 | 1184.80 | 1184.80 | 1184.80 | 1184.80 |
| Check Date | 07/24/2009 | YTD | 10947.52 | 0.00 | 10947.52 | 10126.45 | 10947.52 | 10947.52 | 10947.52 | 10947.52 | 10947.52 | 10947.52 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 80.00 | 0.00 | 0.00 | Pay | 0.00 | 73.46 | 17.18 | 88.86 | 36.37 | 0.71 | 11.85 | 0.00 |
| YTD | 0.00 | 720.42 | 12.40 | 0.00 | YTD | 0.00 | 678.76 | 158.73 | 821.07 | 336.09 | 6.56 | 109.48 | 0.00 |

| Fiscal/Teach |
|---|
| 34954.79 |
| 30148.68 |